AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL G. DAVIS

Plaintiff,

v.

WARDEN WILLIAM DANFORTH, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-011

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated March 28, 2023, Plaintiff's Complaint is dismissed in its entirety.

Additionally, Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE

March 28, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020